UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD E. DAVENPORT,

    Plaintiff,
v.                           Case No. 8:19-cv-2506-T-33CPT

BAY PINES V.A., et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 22), entered on February 11, 2020, recommending the denial of pro se Plaintiff Ronald E. Davenport's Renewed Motion to Proceed In Forma Pauperis (Doc. # 18), and the dismissal of the second amended complaint (Doc. # 17). No objections have been filed, and the time for the submission of objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). In the absence of

1

specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions, and recommendations contained in the Report and Recommendation, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 22) is **ACCEPTED** and **ADOPTED.**

(2) Pro se Plaintiff Ronald E. Davenport's Renewed Motion to Proceed In Forma Pauperis (Doc. # 18) is **DENIED** without prejudice.

(3) The second amended complaint (Doc. # 17) is **DISMISSED**.

(4) The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of March, 2020.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE